Imogene Crutchfield, Administratrix of Estate of Jerry Wayne Crutchfield, a Minor, Deceased, Appellant, v. William Meyer and Edward Meyer, Copartners, Trading Under Name and Style of William Meyer Coal Company, Appellees.

Gen. No. 45,709. 

Irving G. Zazove, and Harry Pikowsky, for appellant; Hinshaw & Culbertson, for appellees; Oswell G. Treadway, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed June 9, 1952; released for publication June 30, 1952.

Wallace Nelson, Appellant, v. Harry J. McMahon, Administrator of Estate of John McMahon, Deceased, Appellee.

Gen. No. 45,439. 

James A. Dooley, for appel-